UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN RIVER GLASS, INC., a California Corporation,<br><br>Defendant. | Case No.: C-11-3965 YGR<br><br>**ORDER RE-NOTICING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that pursuant to the Court's Reassignment Order dated January 18, 2012, the Case Management Conference in this matter, previously scheduled for February 3, 2012, shall instead be conducted on **Monday, March 12, 2012 at 2:00 pm**, or as soon thereafter as counsel may be heard before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1, 4th Floor, United States Courthouse, Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California 94612. The Case Management Conference is hereby rescheduled to March 12, 2012 at 2:00 p.m.  All related deadlines are extended accordingly.

IT IS SO ORDERED.

Date:  February 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**